# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 11, 2008

135962

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE MICHAEL CHURCH, a Minor.

_____

DEPARTMENT OF HUMAN SERVICES,
        Petitioner-Appellee,

v

ANGELA CHURCH,
        Respondent-Appellant.

SC: 135962
COA: 276508
St. Joseph CC: 05-000209-NA

_____/

      On order of the Court, the application for leave to appeal the December 4, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 11, 2008

s0408

Clerk